JACOBSEN PUBLISHING COMPANY, Inc., Appellant, v. JACOBSEN PUBLISHING COMPANY, Appellee.

No. 87.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Halperin & Muney, of New York City (Jay Leo Rothschild, of New York City, of counsel), for appellant.

Cadwalader, Wickersham & Taft, of New York City (Merrill M. Manning and Paxton Blair, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

---

JUNG LIN, Appellant, v. John D. NAGLE, as Commissioner of Immigration, Port of San Francisco, California, Appellee.

No. 6174.

Circuit Court of Appeals, Ninth Circuit.

Oct. 27, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon oral motion of appellee, consented to by appellant, ordered appeal dismissed; mandate forthwith.

---

Theresa KOPFINGER, Plaintiff-Appellee, v. ATLANTIC TRANSPORT CO. OF WEST VIRGINIA, Defendant-Appellant.

No. 71.

Circuit Court of Appeals, Second Circuit.

Nov. 21, 1930.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Vernon S. Jones and Raymond Parmer, both of New York City, of counsel), for appellant.

Lucian V. Axtell, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Miller v. Maryland Casualty Co. (C. C. A.) 40 F.(2d) 463.

---

McGILL MANUFACTURING COMPANY, Plaintiff-Appellant, v. Evsor LEVITON and Isidore Leviton, Partners, Doing Business under the Name of Leviton Manufacturing Company (not Inc.), Evsor Leviton, and Isidore Leviton, Defendants-Appellees.

No. 54.

Circuit Court of Appeals, Second Circuit.

Nov. 17, 1930.

See, also, 43 F.(2d) 607.

George L. Wheelock, of New York City (Max W. Zabel, of Chicago, Ill., of counsel), for appellant.

Gifford, Scull & Burgess, of New York City (George F. Scull and Charles W. Mortimer, both of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [36 F.(2d) 228] affirmed.